No. 03–9929.  WILSON v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 03–9930.  HINOJOSA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 03–9937.  DAWSON v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 03–9945.  McGRAW v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 03–9946.  WILLIAMS, AKA STRONG v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 03–9947.  ROHLSEN v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 03–9954.  GRACIA-GRACIA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 03–9961.  FOSTER v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 03–9968.  DORVAL v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 03–860.  MUNDY ET AL. v. RHEAD.  C. A. 9th Cir.  Motion of respondent for leave to proceed in forma pauperis granted.  Certiorari denied.

No. 03–1079.  CARUSO, DIRECTOR, MICHIGAN DEPARTMENT OF CORRECTIONS v. ABELA.  C. A. 6th Cir.  Motion of respondent for leave to proceed in forma pauperis granted.  Certiorari denied.

No. 03–1353.  ORR v. WAL-MART STORES, INC.  C. A. 8th Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 03–1392.  STRIPLING v. HEAD, WARDEN.  Sup. Ct. Ga.  Motion of The ARC of the United States et al. for leave to file a brief as amici curiae granted.  Certiorari denied.